IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
S.T., a minor, who sues by   )
and through her father and   )
next friend,                 )
Richard Teeter,              )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:09cv616-MHT
                             )          (WO)
ANTHONY SIM ISBELL,          )
in his individual and        )
and official capacities,     )
et al.,                      )
                             )
    Defendants.              )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 31), it is the ORDER, JUDGMENT, and DECREE of the court that defendants City of Millbrook and Girls Softball League and the claims against them are dismissed with prejudice, with the parties to bear their own costs.

It is further ORDERED that the motion for summary judgment (doc. no. 21) is denied as moot.

It is further ORDERED that the objection (doc. no. 27) is overruled as moot.

This case remains pending as to the claims against defendant Anthony Sim Isbell.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of June, 2010.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**