IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| S.T., a minor, who sues by ) <br> and through her father and ) <br> next friend, ) <br> Richard Teeter, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ANTHONY SIM ISBELL, ) <br> in his individual ) <br> capacity, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 2:09cv616-MHT <br> (WO) |

**JUDGMENT**

The following was entered on July 12, 2010, at 7:

> "Default judgment is entered in favor of plaintiff S.T. and against [Anthony Sim] Isbell on plaintiff S.T.'s state and federal claims against defendant Isbell in his individual capacity."

On August 30, 2010, after this case had been submitted to a jury, the following verdict was returned:

> "What monetary amounts may plaintiff S.T. recover from defendant Anthony Sim Isbell in compensatory damages?
>
> a.   physical and mental pain and suffering: $ <u>7 million</u>
>
> b.   future medical expenses: $ <u>3 million</u>
>
> "What monetary amount may plaintiff S.T. recover from defendant Anthony Sim Isbell in punitive damages?  $ <u>10 million</u>
>
> DONE, this the <u>30</u> day of August, 2010.
>
> <u>/s/ Eddie Owens</u><br>Foreperson"

Accordingly, it is the ORDER, JUDGMENT, and DECREE of court that plaintiff S.T. shall have and recover from defendant Anthony Sim Isbell in his individual capacity the total sum of $ 20,000,000 (which consist of $ 10,000,000 in compensatory damages and $ 10,000,000 in punitive damages).

It is further ORDERED that costs are taxed against defendant Isbell in his individual capacity, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 31st day of August, 2010.**

         /s/ Myron H. Thompson    
         **UNITED STATES DISTRICT JUDGE**